UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BRIDAL & PROM INDUSTRY ASSOCIATION, INC.; MON CHERI BRIDALS, LLC; PROMGIRL, INC.; MAGGIE SOTTERO DESIGNS, LLC; LA FEMME BOUTIQUE, INC.; PROMGIRL, LLC; ALYCE DESIGNS, INC.; ALLURE BRIDALS, INC.; NEXT CENTURY PRODUCTIONS, INC. d/b/a "SYDNEY'S CLOSET"; MORI LEE, LLC; LOVELANE, LLC; BONNY MT ENTERPRISES CO., LTD.; CASABLANCA BRIDALS, INC.; IMPRESSION BRIDAL, INC.; FORMOSA SUNRISE LLC; ESSENSE OF AUSTRALIA, INC.; EDWARD BERGER, INC.; JOVANI FASHIONS LTD., PRECIOUS FORMALS, INC.; COUNTESS CORPORATION; and FAVIANA INTERNATIONAL, INC., <br><br>       Plaintiffs,<br> v.<br><br>JOLLYPROM.COM<br>JOLLYBELLE.COM<br>HOCOSTORY.COM<br>PROMCLASSY.COM<br>PROMEVER.COM<br>LOLIPROMDRESS.COM<br>PRETTYGIRLDRESSESS.COM<br>KENMMADRESS.COM<br>GLAMCHASE.COM<br>DRESSYWELL.COM<br>INWEDDINGDRESS.COM<br>CA-BRIDALS.COM<br>IKMDRESSES.COM<br>QUEENABELLE.COM<br>SIMIBRIDAL.COM<br>DRESSESOFGIRL.COM<br>PROMSTYLISH.COM<br>VBRIDAL.COM<br>JENNAPROM.COM<br>JOHN DOES 1-1,000 and<br>XYZ COMPANIES 1-1,000,<br><br>       Defendants. | CIVIL ACTION NO:<br><br>RULE 7.1 CERTIFICATION |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs (private non-governmental parties), certifies that each of the following plaintiffs have no parent company and that no publicly held corporation owns 10% or more of its stock:

American Bridal & Prom Industry Association, Inc.; Mon Cheri Bridals, LLC; Promgirl, Inc.; Maggie Sottero Designs, LLC; La Femme Boutique, Inc.; Promgirl, LLC; Alyce Designs, Inc.; Allure Bridals, Inc.; Next Century Productions, Inc. d/b/a "Sydney's Closet"; Mori Lee, LLC; Lovelane, LLC; Bonny Mt Enterprises Co., Ltd.; Casablanca Bridals, Inc.; Impression Bridal, Inc.; Formosa Sunrise, LLC; Essense of Australia, Inc.; Edward Berger, Inc.; Jovani Fashions Ltd.; Precious Formals, Inc.; Countess Corporation; and Faviana International Inc.

Dated:  April 10, 2017

STARK & STARK
A Professional Corporation

By:    s/Craig S. Hilliard
CRAIG S. HILLIARD
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Telephone:  (609) 895-7346
Facsimile:  (609) 895-7395
chilliard@stark-stark.com
*Attorneys for Plaintiffs*

4849-3754-9893, v. 1