EXHIBIT

A

**Exhibit "A"**

| Client | Original_Image URL |
|---|---:|
| Alyce Designs, Inc. | 1404 |
| American Clothing Express Inc | 1284 |
| Casablanca Bridal | 66 |
| Essense of Australia | 257 |
| FAVIANA INTERNATIONAL INC | 33 |
| La Femme Boutique, Inc. | 4564 |
| Mon Cheri LLC | 2406 |
| MoriLee Inc | 4960 |
| PromGirl, llc | 2290 |
| Sydney's closet | 2343 |
| **Grand Total** | **19607** |

| Row Labels | Count of Image Alive |
|---|---:|
| vbridal.at | 508 |
| vbridal.be | 85 |
| vbridal.ch | 281 |
| vbridal.co.uk | 1185 |
| vbridal.de | 221 |
| vbridal.fi | 732 |
| vbridal.fr | 5082 |
| vbridal.it | 1085 |
| vbridal.me | 1523 |
| vbridal.net | 2234 |
| vbridal.nl | 956 |
| vbridal.no | 130 |
| vbridal.nz | 846 |
| vbridal.org | 2011 |
| vbridal.se | 1347 |
| vbridal.store | 680 |
| vbridal.uk | 701 |
| **Grand Total** | **19607** |